**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       Anita Renfro v. Lauri Davis

Appellate case number:   01-21-00540-CV

Trial court case number: 2020-23367

Trial court:                     215th District Court of Harris County

Date motion filed:          August 17, 2022

Party filing motion:        Appellee


    It is **ordered** that the motion for rehearing is **denied**.


Judge's signature: ___/s/ Julie Countiss_____
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Countiss and Farris.

Date: October 27, 2022